UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARK W. DOBRONSKI,

        Plaintiff(s),

v.

AMAZON.COM, INC. and
AMAZON WEB SERVICES, INC.,

        Defendant(s).
_____/

Case No. _____

HONORABLE _____

# STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:

AMAZON.COM, INC._____ (party name),

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT ☐ OTHER: _____ makes the following disclosure: [1]

## PART I – CITIZENSHIP

☑ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☑   This party is a corporation incorporated in the State of <u>Delaware</u> and with a principal place of business in the State of <u>Washington</u>.

☐ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

> If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

___

___

___

☐ This party is a trust.

> If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

___

___

___

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.
☐ This party has one or more parent entities.
  If so, identify all parent entities.

___

☑ This party has one or more subsidiaries.
    If so, identify all subsidiaries.
 See list of significant subsidiaries, attached hereto as Exhibit A.

☐ This party has one or more affiliates.
    If so, identify all affiliates.

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: /s/ Michael J. Stortz
Printed Name: Michael J. Stortz
Bar Number: CA Bar No. 139386
Firm Name: K&L Gates LLP
Address: 4 Embarcadero Center, Suite 1200
City, State, Zip Code: San Francisco, CA 94111
Phone/Fax: 415-882-8200
Email Address: Michael.Stortz@klgates.com

Date: March 5, 2026

# EXHIBIT A

Exhibit 21.1

**AMAZON.COM, INC.**
**LIST OF SIGNIFICANT SUBSIDIARIES**

| Legal Name | Jurisdiction | Percent Owned |
| --- | --- | --- |
| Amazon.com Services LLC | Delaware | 100 % |
| Amazon.com Sales, Inc. | Delaware | 100 % |
| Amazon Data Services, Inc. | Delaware | 100 % |
| Amazon Web Services, Inc. | Delaware | 100 % |
| Amazon Technologies, Inc. | Nevada | 100 % |
| Amazon.com NV Investment Holdings LLC | Nevada | 100 % |
| Amazon US Services LLC | Delaware | 100 % |
| A100 ROW, Inc. | Delaware | 100 % |
| Day One Insurance, Inc. | Arizona | 100 % |