# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARK W. DOBRONSKI,
an individual,

        Plaintiff,

v.

AMAZON.COM, INC.,
a Delaware corporation,
d/b/a AMAZON BUSINESS USA, and
AMAZON WEB SERVICES, INC, a
Delaware corporation,

        Defendants.

Case No. 2:26-cv-10756-SKD-CI

Hon. Susan K. DeClercq
Mag. Curtis Ivy, Jr.

---

C. Robert Dobronski III (P72684)
Robert@Oxbridge.Law
Oxbridge Legal Services, PLLC
340 North Main Street, Suite 324
Plymouth, Michigan 48170-1250
(734) 892-2069
**Attorney for Plaintiff**

Michael J. Stortz
Michael.Stortz@klgates.com
Tae H. Kim
Tae.Kim@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, California 94111
Telephone: +1 415 882 8200
Facsimile: +1 617 261 3175
**Attorneys for Defendants**

---

## STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Upon the stipulation of the parties, as shown through the signatures of their undersigned counsel, and the Court being otherwise advised, Defendants Amazon.com, Inc. and Amazon Web Services, Inc. (the "Amazon Defendants") shall be allowed to file their responsive pleading to Plaintiff's complaint on, or before, April 13, 2026.

**IT IS SO ORDERED.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: March 12, 2026

**SO STIPULATED:**

Dated: March 12, 2026

By: */s/ C. Robert Dobronski III*
C. Robert Dobronski III (P72684)
Oxbridge Legal Services, PLLC
340 North Main Street, Suite 324
Plymouth, Michigan 48170-1250
(734) 892-2069
Robert@Oxbridge.Law

Attorney for Plaintiff Mark W.
Dobronski

Dated: March 12, 2026

By: */s/ Michael J. Stortz*
Michael J. Stortz
Michael.Stortz@klgates.com
Tae H. Kim
Tae.Kim@klgates.com
K&L GATES LLP
Four Embarcadero Center
Suite 1200
San Francisco, California 94111
Telephone: +1 415 882 8200
Facsimile: +1 617 261 3175

Attorneys for Defendants Amazon.com,
Inc. and Amazon Web Services, Inc.